# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CLARK K. THURMAN**, | Case No. 3:18-cv-0516-SI |
| Plaintiff, | **ORDER** |
| v. | |
| **EQUIFAX INFORMATION SYSTEMS LLC**, | |
| Defendant. | |

**Michael H. Simon, District Judge.**

Plaintiff's motion to dismiss this case (ECF 7) is GRANTED. Plaintiff reports that the parties have settled this case, and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED this 18th day of May, 2018.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge